John G. **FAVELL**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. ED 104672**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: June 20, 2017

FOR APPELLANT: Maleaner Harvey, 1010 Market Street, Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: JOSHUA HAWLEY, Mary H. Moore, P.O. Box 899, Jefferson City, MO 65102.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM

John G. Favell appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).